

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00194-CV

| | | |
|---|---|---|
| Nina Lopez | § | From the 236th District Court |
| | § | of Tarrant County (236-256361-11) |
| v. | § | August 25, 2015 |
| Tarrant County, Texas | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Nina Lopez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier